RICHARD R. QUINT *v.* COMMISSIONER OF
CORRECTION
(AC 19735)

Foti, Lavery and Schaller, Js.

Argued January 21—officially released February 15, 2000

Per Curiam. The appeal is dismissed.

ROBERT CARBONE *v.* LINDSAY THOMSON
(AC 19166)

Foti, Lavery and Schaller, Js.

Argued January 21—officially released February 15, 2000

Per Curiam. This case is controlled by *Sage* v. *Hawley*, 16 Conn. 106 (1844). *Aetna Casualty & Surety Co.* v. *Murphy*, 206 Conn. 409, 538 A.2d 219 (1988), is inapposite.

The judgment is affirmed.